1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| 12   AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, et al., <br><br> 13             Plaintiffs, <br><br> 14 <br><br> 15        v. <br><br> 16   GENERAL MOTORS LLC, et al., <br><br> 17             Defendants. | Case No. 5:17-cv-03874-LHK (HRL) <br><br> **INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 1** <br><br> Re: Dkt. No. 51 |

18      Defendants may file the Margolis and Dunn declarations referenced in Discovery Dispute

19   Joint Report No. 1.

20      SO ORDERED.

21   Dated:   February 6, 2018

22
23
24   HOWARD R. LLOYD
     United States Magistrate Judge

25
26
27
28