UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, a California corporation; and A3 MOBILITY LLC, a California limited liability company,<br><br>               Plaintiffs,<br><br>   v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company; and MAVEN DRIVE LLC, a Delaware limited liability company,<br><br>               Defendants. | Case No.  5:17-cv-03874-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    September 19, 2018<br>Time:   2:00 pm<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Lucy H. Koh |

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94104

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
36340234v1

CASE NO. 5:17-CV-03874-LHK

Under Civil Local Rule 16-10(d) and this Court's Order (Dkt. 63), the parties jointly submit this Joint Case Management Statement to update the prior statement and to offer their thoughts for the remainder of the case, including the need for additional ADR.

### A. Status of the Case:

The parties have substantially completed document production. Depositions are ongoing, and discovery is set to close on October 12, 2018. There are no pending motions before this Court.

### B. Case Schedule:

The parties do not seek any additional changes or amendments to the case schedule at this time.

### C. Settlement and ADR:

The parties participated in a mediation on August 11, 2017, an ADR Phone Conference on October 6, 2017, and in-person settlement discussions on July 19, 2018. At this time, the parties remain amenable to negotiating a resolution and have recently engaged in additional settlement discussions.

### D. Case Management Conference:

In light of the foregoing, the parties respectfully submit that the in-person case management conference currently scheduled for September 19, 2018 (Dkt. 63) is not necessary; however, they will certainly make themselves available if the Court still wishes to hold the conference.

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94104

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
36340234v1

1

CASE NO. 5:17-CV-03874-LHK

Dated: September 12, 2018

| | |
|---|---|
| TROUTMAN SANDERS LLP | FISH & RICHARDSON P.C. |
| By: */s/ John M. Bowler* | By: */s/ John C. Adkisson* |

| | |
|---|---|
| John M. Bowler *(Admitted Pro Hac Vice)*<br>john.bowler@troutmansanders.com<br>Puja P. Lea *(Admitted Pro Hac Vice)*<br>puja.lea@troutmansanders.com<br>Lindsay M. Henner *(Admitted Pro Hac Vice)*<br>lindsay.henner@troutmansanders.com<br>Bank of America Plaza<br>600 Peachtree Street NE, Suite 5200<br>Atlanta, GA 30308<br>Telephone: 404.885.3000<br>Facsimile: 404.885.3900 | David M. Barkan (CA SBN 160825)<br>barkan@fr.com<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone:   650.839.5070<br>Facsimile:   650.839.5071<br><br>John C. Adkisson (*Admitted Pro Hac Vice*)<br>adkisson@fr.com<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone:   612.335.5070<br>Facsimile:   612.288.9696 |
| Michael F. Heafey (CA SBN) 153499<br>michael.heafey@troutmansanders.com<br>Mark C. Mao (CA SBN) 236165<br>mark.mao@troutmansanders.com<br>580 California Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: 415.477.5700<br>Facsimile: 415.477.5710 | Elizabeth Brenckman *(Admitted Pro Hac Vice)*<br>Vivian C. Cheng *(Admitted Pro Hac Vice)*<br>cheng@fr.com<br>601 Lexington Avenue, 52nd Floor<br>New York, NY 10022<br>Telephone:   212.765.5070 |
| Attorneys for Plaintiffs<br>AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH and A3 MOBILITY LLC | Attorneys for Defendants<br>GENERAL MOTORS LLC and MAVEN DRIVE LLC |

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94104

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
36340234v1

- 2 -

CASE NO.  5:17-CV-03874-LHK

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this stipulation.

/s/   John M. Bowler

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA  94104

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
36340234v1                                   - 3 -                          CASE NO.  5:17-CV-03874-LHK