1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, et al., Plaintiffs, v. GENERAL MOTORS LLC, et al., Defendants. | Case No. 17-CV-03874-LHK **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** Re: Dkt. No. 92 |

On February 28, 2019, the Court denied without prejudice the parties' three motions to seal. ECF No. 86. Before the Court is a joint administrative motion to file confidential information under seal filed by Plaintiffs American Automobile Association of Northern California, Nevada & Utah and its affiliate A3 Mobility LLC ("Plaintiffs" or "AAA") and Defendants General Motors LLC and its affiliate Maven Drive LLC's ("Defendants" or "GM") on March 8, 2019. ECF No. 92 ("Mot."). For the following reasons, the Court GRANTS the instant motion to seal.

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435

U.S. 589, 597 & n.7 (1978)). Accordingly, when considering a sealing request, "a strong presumption in favor of access is the starting point." *Id.* (internal quotation marks omitted).

Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action," *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016), bear the burden of overcoming the presumption with "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure," *Kamakana*, 447 F.3d at 1178–79 (internal quotation marks and citation omitted). Compelling reasons justifying the sealing of court records generally exist "when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (quoting *Nixon*, 435 U.S. at 598). However, "[t]he mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.*

Records attached to motions that are "not related, or only tangentially related, to the merits of a case" are not subject to the strong presumption of access. *Ctr. for Auto Safety*, 809 F.3d at 1099; *see also Kamakana*, 447 F.3d at 1179 ("[T]he public has less of a need for access to court records attached only to non-dispositive motions because those documents are often unrelated, or only tangentially related, to the underlying cause of action." (internal quotation marks and citation omitted)). Parties moving to seal records attached to motions unrelated or only tangentially related to the merits of a case must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure. *Ctr. for Auto Safety*, 809 F.3d at 1098–99; *Kamakana*, 447 F.3d at 1179–80. The "good cause" standard requires a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002) (citation omitted); *see* Fed. R. Civ. P. 26(c). "Broad allegations of harm, unsubstantiated by specific examples or articulated reasoning" will not suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992) (citation omitted).

United States District Court
Northern District of California

Pursuant to Rule 26(c), a trial court has broad discretion to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). The Ninth Circuit has adopted the definition of "trade secrets" set forth in the Restatement of Torts, holding that "[a] trade secret may consist of any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain an advantage over competitors who do not know or use it." *Clark v. Bunker*, 453 F.2d 1006, 1009 (9th Cir. 1972) (quoting Restatement (First) of Torts § 757 cmt. b). "Generally [a trade secret] relates to the production of goods . . . . It may, however, relate to the sale of goods or to other operations in the business . . . ." *Id.* (alterations in original). Furthermore, the United States Supreme Court has recognized that sealing may be justified to prevent judicial documents from being used "as sources of business information that might harm a litigant's competitive standing." *Nixon*, 435 U.S. at 598.

In addition, parties moving to seal documents must comply with the procedures established by Civil Local Rule 79-5. Pursuant to that rule, a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(b). "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil [Local Rule] 79-5(d)." *Id.* Civil Local Rule 79-5(d), moreover, requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" and that "lists in table format each document or portion thereof that is sought to be sealed," as well as an "unredacted version of the document" that "indicate[s], by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L. R. 79-5(d)(1). Where the moving party seeks to file under seal a document containing information designated confidential by the opposing party, "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the [opposing party] must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L. R. 79-5(e)(1).

The initial question before the Court is whether the instant motions to seal are subject to

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

the good cause or compelling reasons standard. The instant motions to seal are associated with

GM's motion for summary judgment. A motion for summary judgment is by definition a

dispositive motion. Thus, it relates to the merits of the cause of action. Other courts considering

sealing requests for motions for summary judgment have applied the "compelling reasons"

standard for sealing. *See, e.g., Fed. Deposit Ins. Corp. v. Bayone Real Estate Inv. Corp.*, 2017 WL

1398311, at *2 (N.D. Cal. Apr. 19, 2017) (applying the "compelling reasons" standard to sealing

relating to a motion for summary judgment); *Perfect 10, Inc. v. Giganews, Inc.*, 2014 WL

12586248, at *2 (C.D. Cal. Oct. 3, 2014) (same). Consequently, the Court will apply the

"compelling reasons" standard to the parties' sealing requests.

      The Court now turns to the substance of the instant joint sealing motion. Specifically, the

information the parties seek to seal generally falls into the following categories: (1) contracts

between either AAA or GM and third parties, and information provided by third parties; (ii)

financial information or information regarding the projected profitability of the parties'

businesses; (iii) personally identifiable information of third-party individuals, including names,

addresses, phone numbers, and email addresses; and (iv) information regarding the parties'

prospective business plans, dealings and strategies. *See* Mot. The Court agrees that compelling

reasons exist to seal this information. *See, e.g., FTC v. Qualcomm Inc.*, No. 17-CV-220-LHK,

2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (granting motion to seal under the compelling to

the extent it may harm the party or third parties' "competitive standing and divulges terms of

confidential contracts, contract negotiations, or trade secrets."); *Krieger v. Atheros Commc'ns,

Inc.*, No. 11-CV-640-LHK, 2011 WL 2550831, at *1 (N.D. Cal. Jun. 25, 2011) (finding

information regarding party's "long-term financial projections, discussions of business strategy,

and competitive analyses" sealable under the compelling reasons standard); *Nursing Home

Pension Fund v. Oracle Corp.*, No. C01-00988 MJJ, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1,

2007) ("The Ninth Circuit has found that compelling reasons exist to keep personal information

confidential to protect an individual's privacy interest and to prevent exposure to harm or identity

theft." (citing *Foltz v. State Farm. Mut. Auto Ins. Co.*, 331 F.3d 1122, 1134 (9th Cir. 2003)));

*Benedict v. Hewlett-Packard Co.*, No. 13-CV-00119-LHK, 22014 WL 233827, at *3 (N.D. Cal. Jan. 21, 2014) (granting motion to seal confidential customer information, including address, phone number, and email address); *Transperfect Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678, at *1 (N.D. Cal. Jan. 17, 2013) (granting motion to seal exhibits that contained proprietary information about the sealing party's internal business operations). Furthermore, the parties' request is narrowly tailored because the requested sealing include only those categories of information.

Additionally, the parties filed with the instant renewed motion to seal only unredacted, non-public copies of the exhibits and briefs. The parties still need to publicly file redacted versions of the exhibits and briefs on the docket. The parties shall have until March 19, 2019 to publicly file redacted versions of these documents consistent with the Court's sealing rulings.

Accordingly, with the Ninth Circuit's sealing case law in mind, the Court rules on the instant motion as follows:

| Document | Page/Line | Court's Ruling |
|---|---|---|
| GM's Opening Brief | Highlighted financial information at 1:08 | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 6:06 | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 8:12 | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 8:13 | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 9:07 | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 9:08–11 | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 10:06 | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 16:02 | GRANTED. |

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | | |
|---|---|---|
| GM's Opening Brief | Highlighted financial information at 17:08 | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 20:04 | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 21:26 (Footnote 105) | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 21:27–28 (Footnote 105) | GRANTED. |
| GM's Opening Brief | Highlighted financial information at 22:16 | GRANTED. |
| Declaration of Rachel Bhattacharya in Support of Defendants' Motion for Summary Judgment | Declaration of Rachel Bhattacharya in Support of Defendants' Motion for Summary Judgment, highlighted financial information at ¶ 34 | GRANTED. |
| GM Exhibit 1, Transcript of the Deposition of Megan Stooke | Highlighted financial information at 49:18 | GRANTED. |
| GM Exhibit 1, Transcript of the Deposition of Megan Stooke | Highlighted financial information at 49:20 | GRANTED. |
| GM Exhibit 1, Transcript of the Deposition of Megan Stooke | Highlighted financial information at 49:22 | GRANTED. |
| GM Exhibit 1, Transcript of the Deposition of Megan Stooke | Highlighted financial information at 50:13 | GRANTED. |
| GM Exhibit 1, Transcript of the Deposition of Megan Stooke | Highlighted financial information at 50:19 | GRANTED. |
| GM Exhibit 1, Transcript of the Deposition of Megan Stooke | Highlighted financial information at 72:23–24 | GRANTED. |
| GM Exhibit 14, GM-produced document | Highlighted customer information at GM000018379 | GRANTED. |
| GM Exhibit 14, GM-produced document | Highlighted customer information at GM000018394 | GRANTED. |

| | | |
|---|---|---|
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055933 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055934 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055935 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055936 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055937 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055938 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055939 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055940 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055941 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055942 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055943 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055944 | GRANTED. |
| GM Exhibit 15, GM-produced document | Highlighted customer information at GM000055945 | GRANTED. |

| | | |
|---|---|---|
| GM Exhibit 16, GM-produced document | Highlighted customer information at GM000056370 | GRANTED. |
| GM Exhibit 17, GM-produced document | Highlighted customer information at GM000056503 | GRANTED. |
| GM Exhibit 17, GM-produced document | Highlighted customer information at GM000056504 | GRANTED. |
| GM Exhibit 18, GM-produced document | Highlighted customer information at GM000000002.0001 | GRANTED. |
| GM Exhibit 18, GM-produced document | Highlighted customer information at GM000000002.0002 | GRANTED. |
| GM Exhibit 18, GM-produced document | Highlighted customer information at GM000000002.0003 | GRANTED. |
| GM Exhibit 18, GM-produced document | Highlighted customer information at GM000000002.0004 | GRANTED. |
| GM Exhibit 18, GM-produced document | Highlighted customer information at GM000000002.0005 | GRANTED. |
| GM Exhibit 18, GM-produced document | Highlighted customer information at GM000000002.0006 | GRANTED. |
| GM Exhibit 20, GM-produced document | Highlighted financial information at GM00062459 | GRANTED. |
| GM Exhibit 21, GM-produced document | Highlighted customer information at GM000056444 | GRANTED. |
| GM Exhibit 21, GM-produced document | Highlighted customer information at GM000056445 | GRANTED. |
| GM Exhibit 22, GM-produced document | Highlighted customer information at GM000056389 | GRANTED. |

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| GM Exhibit 22, GM-produced document | Highlighted customer information at GM000056390 | GRANTED. |
|---|---|---|
| GM Exhibit 22, GM-produced document | Highlighted customer information at GM000056391 | GRANTED. |
| GM Exhibit 23, GM-produced document | Highlighted customer information at GM000056401 | GRANTED. |
| GM Exhibit 23, GM-produced document | Highlighted customer information at GM000056402 | GRANTED. |
| GM Exhibit 23, GM-produced document | Highlighted customer information at GM000056403 | GRANTED. |
| GM Exhibit 23, GM-produced document | GM Exhibit 23, GM-produced document, highlighted customer information at GM000056404 | GRANTED. |
| GM Exhibit 23, GM-produced document | Highlighted customer information at GM000056405 | GRANTED. |
| GM Exhibit 23, GM-produced document | Highlighted customer information at GM000056406 | GRANTED. |
| GM Exhibit 24, GM-produced document | Highlighted customer information at GM000056608 | GRANTED. |
| GM Exhibit 25, GM-produced document | Highlighted customer information at GM000056392 | GRANTED. |
| GM Exhibit 26, GM-produced document | Highlighted customer information at GM000056415 | GRANTED. |
| GM Exhibit 26, GM-produced document | Highlighted customer information at GM000056416 | GRANTED. |
| GM Exhibit 26, GM-produced document | Highlighted customer information at GM000056417 | GRANTED. |

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | | |
|---|---|---|
| GM Exhibit 26, GM-produced document | Highlighted customer information at GM000056418 | GRANTED. |
| GM Exhibit 27, GM-produced document | Highlighted customer information at GM000056393 | GRANTED. |
| GM Exhibit 27, GM-produced document | Highlighted customer information at GM000056394 | GRANTED. |
| GM Exhibit 28, GM-produced document | Highlighted customer information at GM000056400 | GRANTED. |
| GM Exhibit 29, GM-produced document | Highlighted customer information at GM000056506 | GRANTED. |
| GM Exhibit 35, GM-produced document | Highlighted customer information at GM000057513.0001 | GRANTED. |
| GM Exhibit 35, GM-produced document | Highlighted customer information at GM000057513.0002 | GRANTED. |
| GM Exhibit 35, GM-produced document | Highlighted customer information at GM000057513.0003 | GRANTED. |
| GM Exhibit 35, GM-produced document | Highlighted customer information at GM000057513.0004 | GRANTED. |
| GM Exhibit 35, GM-produced document | Highlighted customer information at GM000057513.0006 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 14 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted text at ¶ 31 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted text at ¶ 33 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted text at ¶ 38 | GRANTED. |

| | | |
|---|---|---|
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 43 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 54 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 59 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 64 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 65 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 68 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 69 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 70 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 73 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 84 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 85 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 86 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 87 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 90 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 91 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 92 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 93 | GRANTED. |

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | | |
|---|---|---|
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 94 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 95 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at ¶ 96 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted text at Footnote 56 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted text at Footnote 61 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at Footnote 137 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information at Footnote 174 | GRANTED |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information shown in Table 1 at p. 24 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information shown in Table 2 at p. 25 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information shown in Table 3 at p. 33 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information shown in Table 4 at p. 36 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information shown in Table 5 at p. 37 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information shown in Table 6 at p. 38 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information shown in Figure 2 at p. 27 | GRANTED. |
| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information shown in Figure 3 at p. 28 | GRANTED. |

| GM Exhibit 44, Expert Report of Carrie Distler | Highlighted financial information shown in Schedule 1.0 | GRANTED. |
|---|---|---|
| Exhibit 45, AAANCNU000061295 | Entire document | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 78:8-9 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 78:23-24 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 79:24 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:2 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:4 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:6 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:9 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:18 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 81:5 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 81:8 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 81:12 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:2 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:9 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:12 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:14 | GRANTED. |

| | | |
|---|---|---|
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:22-23 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 83:10 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 83:19 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 84:8 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 84:15 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 84:20 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 85:8 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 96:5 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 171:3 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 171:10 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 171:20-22 | GRANTED. |
| Exhibit 47, Transcript of the Deposition of Michael Hetke | Highlighted text at 173:20 | GRANTED. |
| Exhibit 52, AAANCNU000114587 | Entire document | GRANTED. |
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information at ¶ 9 | GRANTED. |
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted text at ¶ 14 | GRANTED. |
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information at ¶ 26 | GRANTED. |
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information at ¶ 27 | GRANTED. |

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information at ¶ 29 | GRANTED. |
|---|---|---|
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information at ¶ 31 | GRANTED. |
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information at ¶ 32 | GRANTED. |
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information at ¶ 39 | GRANTED. |
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information at Footnote 56 | GRANTED. |
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information shown in Tab 3 | GRANTED. |
| GM Exhibit 54, Expert Report of Scott Phillips | Highlighted financial information shown in Tab 4 | GRANTED. |
| GM Exhibit 58, Transcript of the Deposition of Carrie Distler | Highlighted financial information at 119:01 | GRANTED. |
| GM Exhibit 58, Transcript of the Deposition of Carrie Distler | Highlighted financial information at 119:03 | GRANTED. |
| GM Exhibit 58, Transcript of the Deposition of Carrie Distler | Highlighted financial information at 119:06 | GRANTED. |
| GM Exhibit 58, Transcript of the Deposition of Carrie Distler | Highlighted financial information at 119:07 | GRANTED. |
| GM Exhibit 58, Transcript of the Deposition of Carrie Distler | Highlighted financial information at 119:09 | GRANTED. |
| GM Exhibit 58, Transcript of the Deposition of Carrie Distler | Highlighted financial information at 119:12 | GRANTED. |
| GM Exhibit 58, Transcript of the Deposition of Carrie Distler | Highlighted financial information at 119:13 | GRANTED. |
| GM Exhibit 58, Transcript of the Deposition of Carrie Distler | Highlighted financial information at 123:01 | GRANTED. |
| GM Exhibit 58, Transcript of the Deposition of Carrie Distler | Highlighted financial information at 123:03 | GRANTED. |
| AAA's Opposition | Highlighted text at 2:10–12 | GRANTED. |
| AAA's Opposition | Highlighted revenue amount at 12:07 | GRANTED. |

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | | |
|---|---|---|
| AAA's Opposition | Highlighted revenue amount at 13:23 | GRANTED. |
| Declaration of Jason Haight in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted text at ¶ 10 | GRANTED. |
| Declaration of Jason Haight in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted text at ¶ 12 | GRANTED. |
| Declaration of Jason Haight in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted text at ¶ 13 | GRANTED. |
| Declaration of Jason Haight in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted text at ¶ 30 | GRANTED. |
| Declaration of Jason Haight in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted text at ¶ 34 | GRANTED. |
| Declaration of Jason Haight in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted text at ¶ 56 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 78:8-9 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 78:23-24 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 79:24 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:2 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:4 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:6 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:9 | GRANTED. |

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 80:18 | GRANTED. |
|---|---|---|
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 81:5 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 81:8 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 81:12 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:2 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:9 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:12 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:14 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 82:22-23 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 83:10 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 83:19 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 84:8 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 84:15 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 84:20 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 85:8 | GRANTED. |
| AAA Exhibit 1, Transcript of the Deposition of Michael Hetke | Highlighted text at 107:17 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted text at 146:11–12 | GRANTED. |

| | | |
|---|---|---|
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted name at 167:02 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted name at 167:03 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted name at 167: 12 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted name at 167:17–18 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted text at 199:15–18 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted text at 270:01–02 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted text at 270:04–05 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted text at 270:07–08 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted text at 270:13–15 | GRANTED. |
| AAA Exhibit 8, Deposition of Rachel Bhattacharya | Highlighted text at 270:19–20 | GRANTED. |
| AAA Exhibit 9, Transcript of the Deposition of Megan Stooke[1] | Highlighted financial information at 129:21 | GRANTED. |
| AAA Exhibit 9, Transcript of the Deposition of Megan Stooke | Highlighted financial information at 185:09 | GRANTED. |
| AAA Exhibit 9, Transcript of the Deposition of Megan Stooke | Highlighted financial information at 185:18 | GRANTED. |
| AAA Exhibit 10, Transcript of the Deposition of Julia Steyn | Highlighted financial information at 48:20 | GRANTED. |

---

[1] The parties do not request to seal AAA Exhibit 9, Transcript of the Deposition of Megan Stooke ("Stooke Transcript") at 37:17–20, in their joint administrative motion to seal or their proposed order. *See* Mot. However, the parties redact the Stooke Transcript at 37:17–20 in the version the parties filed on the docket. *See* ECF No. 92-36. This appears to be an error. However, to the extent the parties are seeking to seal that portion of the Stooke Transcript, the Court DENIES the parties' request. The Stooke Transcript at 37:17–20 describes GM and Lyft's Express Drive program, which has already been made public by the parties.

| | | |
|---|---|---|
| AAA Exhibit 10, Transcript of the Deposition of Julia Steyn | Highlighted financial information at 49:04 | GRANTED. |
| AAA Exhibit 10, Transcript of the Deposition of Julia Steyn | Highlighted financial information at 49:08–09 | GRANTED. |
| AAA Exhibit 10, Transcript of the Deposition of Julia Steyn | Highlighted financial information at 49:12 | GRANTED. |
| AAA Exhibit 10, Transcript of the Deposition of Julia Steyn | Highlighted financial information at 49:14 | GRANTED. |
| AAA Exhibit 11, GM-produced document | Entire document | GRANTED. |
| AAA Exhibit 30, GM-produced document | Highlighted customer information at GM000061181 | GRANTED. |
| AAA Exhibit 30, GM-produced document | Highlighted customer information at GM000061182 | GRANTED. |
| AAA Exhibit 30, GM-produced document | Highlighted customer information at GM000061183 | GRANTED. |
| AAA Exhibit 30, GM-produced document | Highlighted customer information at GM000061184 | GRANTED. |
| AAA Exhibit 31, GM-produced document | Highlighted customer information at GM000008625 | GRANTED. |
| AAA Exhibit 31, GM-produced document | Highlighted customer information at GM000008626 | GRANTED. |
| AAA Exhibit 32, GM-produced document | Highlighted customer information GM000038797 | GRANTED. |
| AAA Exhibit 34, GM-produced document | Highlighted customer information at GM000057516 (red box) | GRANTED. |
| AAA Exhibit 35, GM-produced document | Highlighted customer information at GM000008092 | GRANTED. |

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| AAA Exhibit 36, GM-produced document | Highlighted customer information at GM000008258 | GRANTED. |
|---|---|---|
| AAA Exhibit 37, GM-produced document | Highlighted customer information at GM000008291 | GRANTED. |
| AAA Exhibit 38, GM-produced document | Highlighted customer information at GM000008409 | GRANTED. |
| AAA Exhibit 39, GM-produced document | Highlighted customer information at GM000008411 | GRANTED. |
| AAA Exhibit 40, GM-produced document | Highlighted customer information at GM000008569 | GRANTED. |
| AAA Exhibit 40, GM-produced document | Highlighted customer information at GM000008570 | GRANTED. |
| AAA Exhibit 41, GM-produced document | Highlighted customer information at GM000008571 | GRANTED. |
| AAA Exhibit 41, GM-produced document | Highlighted customer information at GM000008572 | GRANTED. |
| AAA Exhibit 41, GM-produced document | Highlighted customer information at GM000008573 | GRANTED. |
| AAA Exhibit 42, GM-produced document | Highlighted customer information at GM000008987 | GRANTED. |
| AAA Exhibit 43, GM-produced document | Highlighted customer information at GM000018723 | GRANTED. |
| AAA Exhibit 43, GM-produced document | Highlighted customer information at GM000018724 | GRANTED. |
| AAA Exhibit 44, GM-produced document | Highlighted customer information at GM000019847 | GRANTED. |

Case No. 17-CV-03874-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | | |
|---|---|---|
| AAA Exhibit 45, GM-produced document | Highlighted customer information at GM000019973 | GRANTED. |
| AAA Exhibit 45, GM-produced document | Highlighted customer information at GM000019974 | GRANTED. |
| AAA Exhibit 47, GM-produced document | Highlighted customer information at GM000057565 | GRANTED. |
| AAA Exhibit 48, GM-produced document | Highlighted customer information at GM000057654 | GRANTED. |
| AAA Exhibit 48, GM-produced document | Highlighted customer information at GM000057655 | GRANTED. |
| AAA Exhibit 48, GM-produced document | Highlighted customer information at GM000057657 | GRANTED. |
| AAA Exhibit 48, GM-produced document | Highlighted customer information at GM000057658 | GRANTED. |
| AAA Exhibit 48, GM-produced document | Highlighted customer information at GM000057659 | GRANTED. |
| AAA Exhibit 49, GM-produced document | Highlighted customer information at GM000057702 | GRANTED. |
| AAA Exhibit 49, GM-produced document | Highlighted customer information at GM000057703 | GRANTED. |
| AAA Exhibit 50, GM-produced document | Highlighted customer information at GM000057717 | GRANTED. |
| AAA Exhibit 51, GM-produced document | Highlighted customer information at GM000057737 | GRANTED. |
| AAA Exhibit 52, GM-produced document | Highlighted customer information at GM000057773 | GRANTED. |

| AAA Exhibit 53, GM-produced document | Highlighted customer information at GM000057803 | GRANTED. |
|---|---|---|
| AAA Exhibit 54, GM-produced document | Highlighted customer information at GM000057815 | GRANTED. |
| AAA Exhibit 55, GM-produced document | Highlighted customer information at GM000061177 | GRANTED. |
| AAA Exhibit 56, GM-produced document | Highlighted customer information at GM000061186 | GRANTED. |
| AAA Exhibit 65, GM-produced document | Highlighted text at GM000026293 (fourth and fifth full sentences in email dated 4/18/2017 at 7:42:25 PM) | GRANTED. |
| AAA Exhibit 75, GM-produced document | Entire document | GRANTED. |
| AAA Exhibit 78, GM-produced document | Entire document | GRANTED. |
| GM's Reply | Highlighted financial information at 1:12 | GRANTED. |
| GM's Reply | Highlighted financial information at 14:28 | GRANTED. |
| GM's Reply | Highlighted financial information at 15:10 | GRANTED. |

**IT IS SO ORDERED.**

Dated: March 14, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge